The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KERRY A. FRANKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CIVIGENICS, a corporation doing business in Washington,<br><br>　　　　Defendant. | NO. 3:05-cv-05637-RJB<br><br>ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE AND ENTER AMENDED CASE SCHEDULE<br><br>~~[Proposed]~~ *RJB* |

This matter, having come on regularly before this Court on the Stipulated Motion to Continue Trial Date and Enter Amended Case Schedule, the Court having reviewed the pleadings and files in this matter and being otherwise fully advised in this matter;

It is ordered that the Stipulated Motion to Continue Trial Date and Enter Amended Case Schedule is granted. The trial in the above referenced matter is continued to February 5, 2007, and the Court Clerk is directed to enter and issue an amended Case Schedule based on this new trial date.

ORDER ON STIPULATED MOTION TO
CONTINUE TRIAL DATE AND ENTER
AMENDED CASE SCHEDULE -- 1
(3:05-cv-05637-RJB)
CIV002 0001 hg312904 8/18/0006

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

DONE IN OPEN COURT/CHAMBERS this 21 day of Aug, 2006.

*[signature]*

HON. ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Presented by:

CARNEY BADLEY SPELLMAN, P.S.

By  *s/David W. Silke*
David W. Silke, WSBA No. 23761
Emily R. Studebaker, WSBA No. 31901
Attorneys for Defendant

ORDER ON STIPULATED MOTION TO
CONTINUE TRIAL DATE AND ENTER
AMENDED CASE SCHEDULE – 2
(3:05-cv-05637-RJB)
CIV002 0001 hg312904 8/18/0606

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL. (206) 622-8020

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    C. Philip Bolland        pbloffices@qwest.net

I further certify that I have mailed by United States Postal Service, Postage Prepaid to the following non-CM/ECF participants:

Richard D. Brady
Richard D. Brady, PLLC
Park Place Building
711 Court A, Suite 114
Tacoma, WA 98402

                      *s/David W. Silke*
                      David W. Silke, WSBA No. 23761
                      Attorney for Defendant Civigenics
                      CARNEY BADLEY SPELLMAN, P.S.
                      701 Fifth Avenue, Suite 3600
                      Seattle, WA 98104
                      (206) 622-8020
                      Facsimile: (206) 467-8215
                      silke@carneylaw.com

ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE AND ENTER AMENDED CASE SCHEDULE – 3
(3:05-cv-05637-RJB)
CIV002 0001 hg312905 8/18/0606

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020